01

02

03

04

05

06

07

08

09

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

12 | BRENT WILKS,                                    )
                                                   )
13 |           Plaintiff,                           )     Case No. C06-948-RSM-JPD
                                                   )
14 |      v.                                        )
                                                   )
15 | MICHAEL J. ASTRUE, Commissioner,               )     ORDER REMANDING CASE
    | Social Security Administration,               )
16 |                                                )
    |           Defendant.                          )
17 | _____ )

18        The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19   papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20   the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

21   record, does hereby find and ORDER:

22        (1)     The Court adopts the Report and Recommendation.

23        (2)     The final decision of the Commissioner is REVERSED and this case is

24   REMANDED to the Social Security Administration for further proceedings not inconsistent

25   with the Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

01       (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

02 Donohue.

03       DATED this 9th day of March, 2007.

04

05

06                        RICARDO S. MARTINEZ
                         UNITED STATES DISTRICT JUDGE

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2